# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN T. CAMPIONE and ANNA CAMPIONE, his wife,<br><br>Plaintiffs,<br><br>v.<br><br>GLENN A. KIVATISKY, JOHN DOE 1-10, WESTFIELD GARDEN STATE PLAZA, RUBY TUESDAY'S, ROBERT ROE 1-10, and ABC CORP. 1-10,<br><br>Defendants. | Civil Action No. 09-2019 (SDW) (MCA)<br><br>**ORDER**<br><br>July 19, 2011 |

**WIGENTON**, District Judge.

This matter, having come before the Court on Defendant Ruby Tuesday's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56(c) and this Court, having carefully reviewed and considered the submissions and arguments of the parties, for the reasons stated in this Court's Opinion dated July 19, 2011,

**IT IS** on this 19th Day of July, 2011,

**ORDERED** that Defendant Ruby Tuesday's Motion for Summary Judgment is **GRANTED**.

s/ Susan D. Wigenton
**Susan D. Wigenton, U.S.D.J.**

cc:  Madeline Cox Arleo, U.S.M.J.